**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

In Re:  Erica L Wallace               )
                                      )    Case No. 18-40593
                    Debtor            )

### RESPONSE TO TRUSTEE'S MOTION TO DISMISS

**COMES NOW** Debtor, Erica Wallace, by and through Counsel of record, and for this Response to the Trustee's Motion to Dismiss for Default states that an amended plan resolving the feasibility issue will be filed upon approval by the Debtor of the increased plan payment and no later than May 17, 2023.  Therefore, the Trustee's Motion to Dismiss should be denied.

**WHEREFORE**, Debtor prays the Court to deny Trustee's Motion to Dismiss and for such other relief as the Court deems just and proper.

Dated: 5/12/2023

Respectfully submitted,
W M Law

/s/ Errin P Stowell
Errin P Stowell MO 70499
15095 W 116th St
Olathe, KS 66062
(913) 422-0909 / Fax (913) 428-8549
Stowell@wagenergroup.com
ATTORNEY FOR DEBTOR

### CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2023, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

Court Address: U.S. Bankruptcy Court, 400 E. 9th Street, Kansas City, MO 64106.

/s/ Errin P Stowell